**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: Vito Piazza | Chapter 13 |
| Debtor(s) | Bky. No. 17-16813 |

## ORDER DISMISSING CASE

AND NOW, it is ORDERED that since the debtor has failed to timely file the documents required by the order dated October 5, 2017 this case be and the same is hereby DISMISSED

Atty Disclosure Statement
Chapter 13 Plan
Schedules A/B-J
Statement of Financial Affairs
Statement of Current Monthly Income Form 122C-1
Summary of Assets and Liabilities Form B106

**Date: December 11, 2017**

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE