United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-16813-ref
Vito Piazza                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2              Date Rcvd: Dec 11, 2017
                              Form ID: pdf900        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2017.
db            +Vito Piazza,    2337 Park Avenue,    Easton, PA 18045-2846
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13994457      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13994456      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
13994466      +Powell Inc,    1 Fisher Street,    Halifax, PA 17032-8845
13994471       Us Dept Ed,    Po Box 4222,    Iowa City, IA 52244
13994470      +Us Dept Ed,    Ecmc/Bankruptcy,    Po Box 16408,    St Paul, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Dec 12 2017 01:13:38     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2017 01:13:40     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 01:14:33     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13994459       E-mail/Text: mrdiscen@discover.com Dec 12 2017 01:13:27     Discover Financial,   Po Box 15316,
                Wilmington, DE 19850
13994458      +E-mail/Text: mrdiscen@discover.com Dec 12 2017 01:13:27     Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
14016974       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 12 2017 01:13:39     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13994460       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 12 2017 01:13:39     Jefferson Capital Systems, LLC,
                16 Mcleland Rd,    Saint Cloud, MN 56303
13994462      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 12 2017 01:13:36     Midland Funding,
                2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13994461      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 12 2017 01:13:36     Midland Funding,
                Attn: Bankruptcy,    Po Box 939069,   San Diego, CA 92193-9069
13994465       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2017 01:19:50
                Portfolio Recovery,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502
13994464       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2017 01:19:54
                Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
14003527       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2017 01:19:50
                Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13994831      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2017 01:19:54
                PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13996985       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2017 01:13:35
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
13994463       E-mail/Text: bankruptcypgl@plaingreenloans.com Dec 12 2017 01:13:47     Plain Green Loans,
                93 Mack Road Suite 600,    Box Elder, MT 59521
13994467      +E-mail/Text: jennifer.chacon@spservicing.com Dec 12 2017 01:13:51
                Select Portfolio Servicing, Inc,    Po Box 65250,   Salt Lake City, UT 84165-0250
13994468      +E-mail/Text: bankruptcy@sccompanies.com Dec 12 2017 01:13:51     Seventh Avenue,
                Seventh Avenue, Inc,    1112 7th Ave,   Monroe, WI 53566-1364
13994469      +E-mail/Text: bankruptcy@sccompanies.com Dec 12 2017 01:13:51     Seventh Avenue,    1112 7th Ave,
                Monroe, WI 53566-1364
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                               Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: dlv              Page 2 of 2              Date Rcvd: Dec 11, 2017
                              Form ID: pdf900        Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Deutsche Bank National Trust Company et al...
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Vito  Piazza support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: Vito Piazza | : | Chapter 13 |
|  | : |  |
| Debtor(s) | : | Bky. No. 17-16813 |
|  | : |  |

**ORDER DISMISSING CASE**

AND NOW, it is ORDERED that since the debtor has failed to timely file the documents required by the order dated October 5, 2017 this case be and the same is hereby DISMISSED

Atty Disclosure Statement
Chapter 13 Plan
Schedules A/B-J
Statement of Financial Affairs
Statement of Current Monthly Income Form 122C-1
Summary of Assets and Liabilities Form B106

**Date: December 11, 2017**

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE